UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 2:07cr152

JAMAR RAJOHN PEARSON,

      Defendant.

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts One (1), Four (4) and Twenty-six (26), of the indictment is now ACCEPTED and the defendant is ADJUDGED GUILTY of such offense. Sentencing is hereby scheduled for February 6, 2008, at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

                                      /s/
                              Rebecca Beach Smith
                              United States District Judge

                              Rebecca Beach Smith
                              UNITED STATES DISTRICT JUDGE

Norfolk Virginia
October 25, 2007